**Order entered February 14, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00834-CV

## IN RE KINDER MORGAN PRODUCTION COMPANY, LLC, PECOS COUNTY APPRAISAL DISTRICT, AND THOMAS Y. PICKETT & CO., Relators

**Original Proceeding from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-18-01622**

## ORDER

Before the Court is real party in interest's January 17, 2019 motion for reconsideration en banc.  The Court requests relators to file a response, if any, **by February 28, 2019**.

/s/  ROBERT D. BURNS, III
CHIEF JUSTICE